AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Muhammad N Wilson,  )
*Plaintiff*  )
v.  )   Civil Action No.    2:20-cv-03567-BHH
Berkeley County, City of Hanahan Police Department,  )
*Defendant(s)*  )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Defendants, Berkeley County, City f Hanahan Police Department. Plaintiff's state law claims be remanded to the Berkeley County Court of Common Pleas.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge and granted Defendant's motion for summary judgment .

Date:   August 17, 2021                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/H.Cornwell
                                                                       *Signature of Clerk or Deputy Clerk*